**From:** martin hammond
**Sent:** Sunday, November 28, 2021 8:24 AM
**To:** jslaight
**Subject:** Re: Lawrence

IDear judge Jackson,

I have been asked to submit a character reference for Lawrence Schmidt. I should do this without hesitation. I have known Lawrence since late 2014. Firstly as an employer and secondly as a landlord. As an employee he was extremely diligent and hard-working. Always enthusiastic and very conscientious. I was never reluctant to leave him to complete a task unsupervised. I found him to be very well organised and a great communicator both with the clients and with his co-workers.

As a landlord I would describe him as a perfect tenant. I never had any reason to speak to him concerning late payment of rent. He was very respectful towards the property and for the five years he spent as my tenant he caused me no trouble at all.

Upon learning of his current predicament I was incredulous. In the six years that I have known him I've always found him to be a person of great integrity, extremely trustworthy and someone who got on with everyone.

He had great computer skills and quite often advised people if they needed assistance.

In the six years that he resided in London he made many friends and was respected and liked by those who knew him.

Thank you for taking time to read this letter and if you need any more input please don't hesitate to ask,

Yours sincerely,

Martin Hammond   Sent from my iPad